**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re Cases Held for* State v. Hacker *and* State v. Simmons, Slip Opinion No. 2023-Ohio-3863.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2023-OHIO-3863

IN RE CASES HELD FOR *STATE v. HACKER* AND *STATE v. SIMMONS*.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re Cases Held for* State v. Hacker *and* State v. Simmons, Slip Opinion No. 2023-Ohio-3863.]**

*Disposition of cases held for* State v. Hacker *and* State v. Simmons.

(Submitted September 26, 2023—Decided October 26, 2023.)

————————————

{¶ 1} The judgments of the courts of appeals in the following cases are affirmed on the authority of *State v. Hacker*, __ Ohio St.3d __, 2023-Ohio-2535, __ N.E.3d __:

- 2021-0591. *State v. Sinkhorn*, 2d Dist. Clark No. 2019-CA-79, 2020-Ohio-5359.
- 2021-0996. *State v. Rodriguez*, 3d Dist. Seneca No. 13-20-07, 2021-Ohio-2295.
- 2022-0328. *State v. Whetstone*, 8th Dist. Cuyahoga No. 109671, 2022-Ohio-800.

- 2022-0335. *State v. Delvallie*, 8th Dist. Cuyahoga No. 109315, 2022-Ohio-470.

- 2022-0341. *State v. Green*, 8th Dist. Cuyahoga No. 110105, 2022-Ohio-682.

- 2022-0393. *State v. McCalpine*, 8th Dist. Cuyahoga No. 110665, 2022-Ohio-842.

- 2022-0394. *State v. Hardy*, 8th Dist. Cuyahoga No. 110230, 2022-Ohio-686.

- 2022-0395. *State v. Winkler*, 8th Dist. Cuyahoga No. 109420, 2022-Ohio-702.

- 2022-0400. *State v. Campbell*, 8th Dist. Cuyahoga No. 109822, 2022-Ohio-621.

- 2022-0414. *State v. Gamble*, 8th Dist. Cuyahoga No. 109613, 2021-Ohio-1810.

- 2022-0415. *State v. Sealey*, 8th Dist. Cuyahoga No. 109670, 2022-Ohio-1166.

- 2022-0429. *State v. Jenkins*, 8th Dist. Cuyahoga No. 109701, 2022-Ohio-705.

- 2022-0433. *State v. Hardin-Rogers*, 8th Dist. Cuyahoga No. 109679, 2022-Ohio-802.

- 2022-0434. *State v. Coleman*, 8th Dist. Cuyahoga No. 110096, 2022-Ohio-809.

- 2022-0435. *State v. Reed*, 8th Dist. Cuyahoga No. 110217, 2022-Ohio-1058.

- 2022-0451. *State v. Gopar*, 8th Dist. Cuyahoga No. 110648, 2022-Ohio-695.

- 2022-0452. *State v. Hines*, 8th Dist. Cuyahoga No. 110159, 2022-Ohio-684.

- 2022-0453. *State v. Davidson*, 8th Dist. Cuyahoga No. 110625, 2022-Ohio-694.

- 2022-0454. *State v. Polk*, 8th Dist. Cuyahoga No. 109826, 2022-Ohio-706.

- 2022-0455. *State v. Anderson*, 8th Dist. Cuyahoga No. 110337, 2022-Ohio-689.

- 2022-0467. *State v. Gilmer*, 8th Dist. Cuyahoga No. 110649, 2022-Ohio-821.

- 2022-0468. *State v. Taylor*, 8th Dist. Cuyahoga No. 110286, 2022-Ohio-811.

- 2022-0469. *State v. Drewery*, 8th Dist. Cuyahoga No. 109587, 2022-Ohio-838.

- 2022-0470. *State v. Aldridge*, 8th Dist. Cuyahoga No. 110801, 2022-Ohio-828.

- 2022-0471. *State v. McCarver*, 8th Dist. Cuyahoga No. 110327, 2022-Ohio-813.

- 2022-0477. *State v. Whittenburg*, 8th Dist. Cuyahoga No. 109700, 2022-Ohio-803.

- 2022-0480. *State v. Sitgraves*, 8th Dist. Cuyahoga No. 110566, 2022-Ohio-819.

- 2022-0484. *State v. Debose*, 8th Dist. Cuyahoga No. 109531, 2022-Ohio-837.

- 2022-0486. *State v. Corrigan*, 8th Dist. Cuyahoga No. 110484, 2022-Ohio-816.

- 2022-0489. *State v. Young*, 8th Dist. Cuyahoga No. 109639, 2022-Ohio-799.

- 2022-0490. *State v. Patterson*, 8th Dist. Cuyahoga No. 109529, 2022-Ohio-836.

- 2022-0491. *State v. Jackson*, 8th Dist. Cuyahoga No. 110005, 2022-Ohio-807.

- 2022-0492. *State v. Cambria*, 8th Dist. Cuyahoga No. 110823, 2022-Ohio-830.

- 2022-0494. *State v. Cambria*, 8th Dist. Cuyahoga No. 110831, 2022-Ohio-831.

- 2022-0495. *State v. Wurtz*, 8th Dist. Cuyahoga No. 110138, 2022-Ohio-810.

- 2022-0496. *State v. Reed*, 8th Dist. Cuyahoga No. 110532, 2022-Ohio-818.

- 2022-0498. *State v. Tolliver*, 8th Dist. Cuyahoga No. 110739, 2022-Ohio-826.

- 2022-0499. *State v. Gillespie*, 8th Dist. Cuyahoga No. 109970, 2022-Ohio-805.

- 2022-0500. *State v. Houchens*, 8th Dist. Cuyahoga No. 110004, 2022-Ohio-806.

- 2022-0501. *State v. Sender*, 8th Dist. Cuyahoga No. 110052, 2022-Ohio-808.

- 2022-0503. *State v. Bell*, 8th Dist. Cuyahoga No. 110693, 2022-Ohio-823.

- 2022-0516. *State v. McGlothin*, 8th Dist. Cuyahoga No. 109908, 2022-Ohio-940.

- 2022-0517. *State v. Mitchell*, 8th Dist. Cuyahoga No. 110702, 2022-Ohio-935.

- 2022-0520. *State v. Ransom*, 8th Dist. Cuyahoga No. 110271, 2022-Ohio-1060.

- 2022-0522. *State v. Bradley*, 8th Dist. Cuyahoga No. 110882, 2022-Ohio-1075.

- 2022-0524. *State v. Walker*, 8th Dist. Cuyahoga No. 110839, 2022-Ohio-1404.

- 2022-0537. *State v. Primm*, 8th Dist. Cuyahoga Nos. 110479 and 110480, 2022-Ohio-945.

- 2022-0539. *State v. Perry*, 8th Dist. Cuyahoga No. 110414, 2022-Ohio-944.

- 2022-0540. *State v. Mitchell*, 8th Dist. Cuyahoga No. 110582, 2022-Ohio-1063.

- 2022-0542. *State v. Durand*, 8th Dist. Cuyahoga No. 110232, 2022-Ohio-1059.

- 2022-0544. *State v. Harris*, 8th Dist. Cuyahoga No. 110635, 2022-Ohio-933.

- 2022-0549. *State v. Dudas*, 8th Dist. Cuyahoga No. 110573, 2022-Ohio-931.

- 2022-0551. *State v. Holsey*, 8th Dist. Cuyahoga Nos. 110109 and 110244, 2022-Ohio-941.

- 2022-0553. *State v. Daniel*, 8th Dist. Cuyahoga No. 110644, 2022-Ohio-934.

- 2022-0577. *State v. Davis*, 8th Dist. Cuyahoga No. 109359, 2022-Ohio-1056.

- 2022-0588. *State v. Sanders*, 8th Dist. Cuyahoga No. 110653, 2022-Ohio-1066.

- 2022-0590. *State v. Hunter*, 8th Dist. Cuyahoga No. 110738, 2022-Ohio-1072.

- 2022-0613. *State v. Parker*, 8th Dist. Cuyahoga No. 109494, 2022-Ohio-1164.

- 2022-0621. *State v. Byrd*, 8th Dist. Cuyahoga No. 110451, 2022-Ohio-1168.

- 2022-0622. *State v. Daniel*, 8th Dist. Cuyahoga No. 109583, 2022-Ohio-1165.

- 2022-0623. *State v. Cloud*, 8th Dist. Cuyahoga No. 110774, 2022-Ohio-1174.

- 2022-0647. *State v. D.S.*, 8th Dist. Cuyahoga No. 110134, 2022-Ohio-1229.

- 2022-0648. *State v. Thomas*, 8th Dist. Cuyahoga No. 110800, 2022-Ohio-1241.

- 2022-0649. *State v. Watkins*, 8th Dist. Cuyahoga No. 110355, 2022-Ohio-1231.

- 2022-0650. *State v. Turner*, 8th Dist. Cuyahoga No. 110797, 2022-Ohio-1240.

- 2022-0651. *State v. Riemer*, 8th Dist. Cuyahoga No. 110308, 2022-Ohio-1230.

- 2022-0665. *State v. Toney*, 8th Dist. Cuyahoga No. 110790, 2022-Ohio-1319.

- 2022-0676. *State v. Vince*, 8th Dist. Cuyahoga No. 110798, 2022-Ohio-1320.

- 2022-0681. *State v. Ratliff*, 5th Dist. Guernsey No. 21CA000016, 2022-Ohio-1372.

- 2022-0682. *State v. Butts*, 8th Dist. Cuyahoga No. 110819, 2022-Ohio-1322.

- 2022-0725.  *State v. Burris*, 5th Dist. Guernsey No. 21CA000021, 2022-Ohio-1481.

- 2022-0742.  *State v. Brown*, 8th Dist. Cuyahoga No. 110905, 2022-Ohio-1676.

- 2022-0758.  *State v. Boyd*, 8th Dist. Cuyahoga No. 110809, 2022-Ohio-1588.

- 2022-0768.  *State v. Bond*, 8th Dist. Cuyahoga No. 110022, 2022-Ohio-1487.

- 2022-0769.  *State v. Philpot*, 8th Dist. Cuyahoga No. 110828, 2022-Ohio-1499.

- 2022-0804.  *State v. Smith*, 8th Dist. Cuyahoga No. 110677, 2022-Ohio-1667.

- 2022-0815.  *State v. Scott*, 8th Dist. Cuyahoga No. 110691, 2022-Ohio-1669.

- 2022-0820.  *State v. Alexander*, 4th Dist. Adams No. 21CA1144, 2022-Ohio-1812.

- 2022-0856.   *State v. Hope*, 8th Dist. Cuyahoga Nos. 110611 through 110613, 2022-Ohio-1753.

- 2022-0858.  *State v. Clausing*, 8th Dist. Cuyahoga No. 110776, 2022-Ohio-1762.

- 2022-0869.  *State v. Doughty*, 5th Dist. Perry No. 20 CA 00001, 2022-Ohio-1854.

- 2022-0873.  *State v. McNary*, 8th Dist. Cuyahoga No. 110924, 2022-Ohio-1842.

- 2022-0887.   *State v. Davis*, 3d Dist. Auglaize No. 2-21-10, 2022-Ohio-1900.

- 2022-0935. *State v. Nicholson*, 8th Dist. Cuyahoga No. 110595, 2022-Ohio-2037.

- 2022-0967. *State v. Johnson*, 8th Dist. Cuyahoga No. 110904, 2022-Ohio-2136.

- 2022-0971. *State v. Colon*, 8th Dist. Cuyahoga No. 110931, 2022-Ohio-2137.

- 2022-0981. *State v. Jones*, 8th Dist. Cuyahoga No. 110840, 2022-Ohio-2270.

- 2022-0990. *State v. Heard*, 8th Dist. Cuyahoga No. 110722, 2022-Ohio-2266.

- 2022-1013. *State v. Sharp*, 8th Dist. Cuyahoga No. 110944, 2022-Ohio-2274.

- 2022-1014. *State v. Darden*, 8th Dist. Cuyahoga No. 111065, 2022-Ohio-2276.

- 2022-1021. *State v. Bolden*, 8th Dist. Cuyahoga No. 110841, 2022-Ohio-2271.

- 2022-1024. *State v. Beatty*, 5th Dist. Muskingum No. CT2020-0015, 2022-Ohio-2394.

- 2022-1065. *State v. Thompson*, 8th Dist. Cuyahoga No. 111059, 2022-Ohio-2413.

- 2022-1096. *State v. Fields*, 8th Dist. Cuyahoga No. 111066, 2022-Ohio-2499.

- 2022-1122. *State v. Kimes*, 5th Dist. Delaware No. 21 CAA 10 0055, 2022-Ohio-2759.

- 2022-1137. *State v. Clark*, 5th Dist. Fairfield No. 2021 CA 00025, 2022-Ohio-2693.

- 2022-1139. *State v. Torres*, 8th Dist. Cuyahoga No. 111047, 2022-Ohio-2678.
- 2022-1144. *State v. Waters*, 8th Dist. Cuyahoga No. 110821, 2022-Ohio-2667.
- 2022-1158. *State v. Gettings*, 8th Dist. Cuyahoga No. 111176, 2022-Ohio-2691.
- 2022-1159. *State v. Shepard*, 8th Dist. Cuyahoga No. 111162, 2022-Ohio-2776.
- 2022-1162. *State v. Brown*, 8th Dist. Cuyahoga No. 111148, 2022-Ohio-2686.
- 2022-1167. *State v. Crawford*, 8th Dist. Cuyahoga No. 110986, 2022-Ohio-2673.
- 2022-1200. *State v. R.W.*, 8th Dist. Cuyahoga No. 110858, 2022-Ohio-2771.
- 2022-1231. *State v. Carano*, 8th Dist. Cuyahoga No. 111248, 2022-Ohio-2872.
- 2022-1266. *State v. Dowdell*, 8th Dist. Cuyahoga No. 111026, 2022-Ohio-2956.
- 2022-1283. *State v. Pugh*, 8th Dist. Cuyahoga No. 111099, 2022-Ohio-3038.
- 2022-1287. *State v. Llapur*, 8th Dist. Cuyahoga No. 111246, 2022-Ohio-3134.
- 2022-1293. *State v. Harper*, 8th Dist. Cuyahoga No. 111193, 2022-Ohio-3329.
- 2022-1326. *State v. Long*, 4th Dist. Pickaway No. 20CA9, 2022-Ohio-3212.

- 2022-1365. *State v. Knox*, 8th Dist. Cuyahoga No. 111262, 2022-Ohio-3331.

- 2022-1366. *State v. Reffitt*, 11th Dist. Lake No. 2021-L-129, 2022-Ohio-3371.

- 2022-1380. *State v. Thomason*, 3d Dist. Allen No. 1-22-33, 2022-Ohio-3873.

- 2022-1393. *State v. Joyce*, 11th Dist. Lake No. 2021-L-006, 2022-Ohio-3370.

- 2022-1399. *State v. Washington*, 2d Dist. Miami No. 2020-CA-18, 2022-Ohio-1426.

- 2022-1429. *State v. Brown*, 3d Dist. Allen No. 1-22-36, 2022-Ohio-4065.

- 2022-1430. *State v. Day*, 3d Dist. Allen No. 1-22-32, 2022-Ohio-4064.

- 2022-1445. *State v. Allen*, 3d Dist. Allen No. 1-21-59, 2022-Ohio-3599.

- 2022-1455. *State v. Bryant*, 8th Dist. Cuyahoga Nos. 111206 and 111522, 2022-Ohio-3669.

- 2022-1456. *State v. Eggleton*, 8th Dist. Cuyahoga No. 111244, 2022-Ohio-3671.

- 2022-1459. *State v. Morris*, 3d Dist. Henry No. 7-21-05, 2022-Ohio-3608.

- 2022-1472. *State v. Wells*, 4th Dist. Washington No. 21CA16, 2022-Ohio-3793.

- 2022-1508. *State v. Stevens*, 11th Dist. Lake No. 2021-L-105, 2022-Ohio-3781.

- 2022-1550. *State v. Woods*, 11th Dist. Lake No. 2021-L-044, 2022-Ohio-3970.

- 2022-1597. *State v. Collins*, 11th Dist. Lake No. 2021-L-109, 2022-Ohio-3971.

- 2023-0020. *State v. Thornton*, 8th Dist. Cuyahoga No. 111347, 2022-Ohio-4203.

- 2023-0029. *State v. Sharp*, 8th Dist. Cuyahoga Nos. 111359 and 111360, 2022-Ohio-4204.

- 2023-0031. *State v. Bradford*, 6th Dist. Lucas No. L-21-1262.

- 2023-0032. *State v. Stearns*, 11th Dist. Lake No. 2021-L-091, 2022-Ohio-4245.

- 2023-0033. *State v. Allen*, 11th Dist. Lake No. 2021-L-060, 2022-Ohio-4243.

- 2023-0074. *State v. Milton*, 8th Dist. Cuyahoga No. 111460, 2022-Ohio-4393.

- 2023-0094. *State v. Terry*, 8th Dist. Cuyahoga No. 111420, 2022-Ohio-4392.

- 2023-0127. *State v. Glaze*, 2d Dist. Montgomery No. 29431, 2022-Ohio-4549.

- 2023-0128. *State v. Lovelace*, 8th Dist. Cuyahoga No. 111510, 2022-Ohio-4514.

- 2023-0129. *State v. Rodgers*, 8th Dist. Cuyahoga No. 111563, 2022-Ohio-4516.

- 2023-0272. *State v. Rogers*, 6th Dist. Erie Nos. E-21-027 and E-21-031, 2022-Ohio-4126.

- 2023-0277. *State v. Graves*, 8th Dist. Cuyahoga No. 111348, 2023-Ohio-84.

- 2023-0278. *State v. White*, 8th Dist. Cuyahoga No. 111442, 2023-Ohio-73.

- 2023-0281. *State v. Howard*, 8th Dist. Cuyahoga No. 111496, 2023-Ohio-74.

- 2023-0322. *State v. Roberts*, 6th Dist. Lucas No. L-20-1171, 2023-Ohio-142.

- 2023-0377. *State v. Murray*, 8th Dist. Cuyahoga No. 111546, 2023-Ohio-310.

- 2023-0380. *State v. Jordan*, 8th Dist. Cuyahoga No. 111547, 2023-Ohio-311.

- 2023-0392. *State v. Thomas*, 8th Dist. Cuyahoga No. 111425, 2023-Ohio-302.

- 2023-0434. *State v. Allen*, 8th Dist. Cuyahoga No. 111576, 2023-Ohio-527.

- 2023-0457. *State v. Dotson*, 8th Dist. Cuyahoga No. 111719, 2023-Ohio-533.

- 2023-0460. *State v. Potter*, 8th Dist. Cuyahoga No. 111782, 2023-Ohio-534.

- 2023-0533. *State v. Rice*, 6th Dist. Wood No. WD-22-022, 2023-Ohio-743.

- 2023-0537. *State v. Barker*, 8th Dist. Cuyahoga No. 111597, 2023-Ohio-453.

- 2023-0565. *State v. Dotson*, 8th Dist. Cuyahoga No. 111880, 2023-Ohio-821.

- 2023-0570. *State v. Bell*, 8th Dist. Cuyahoga No. 111899, 2023-Ohio-822.

- 2023-0604. *State v. Taylor*, 8th Dist. Cuyahoga No. 111694, 2023-Ohio-928.

- 2023-0622. *State v. Riggins*, 8th Dist. Cuyahoga. No. 111773, 2023-Ohio-1043.

- 2023-0684. *State v. Freshwater*, 11th Dist. Lake No. 2022-L-071, 2023-Ohio-1248.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

————————

{¶ 2} The judgment of the court of appeals in the following case is affirmed on the authority of *State v. Hacker*, __ Ohio St.3d __, 2023-Ohio-2535, __ N.E.3d __:

- 2022-1437. *State v. Haynes*, 1st Dist. Hamilton App. No. C-210371.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

BRUNNER, J., dissents and would dismiss the cause as having been improvidently accepted.

DETERS, J., not participating.

————————

{¶ 3} The following causes are dismissed as having been improvidently accepted:

- 2022-0147. *State v. Patterson*, 11th Dist. Lake No. 2021-L-062, 2021-Ohio-4617.

- 2022-0969. *State v. Giancaterino*, 8th Dist. Cuyahoga No. 110983, 2022-Ohio-2142.

- 2022-1146. *State v. Harrison*, 3d Dist. Logan No. 8-22-05, 2022-Ohio-2537.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

————————

{¶ 4} The following causes are dismissed as having been improvidently accepted:

- 2022-1088. *State v. Guyton*, 1st Dist. Hamilton No. C-190657, 2022-Ohio-2962.

- 2022-1089. *State v. Mosley*, 1st Dist. Hamilton Nos. C-200268 and C-200269.

- 2022-1090. *State v. O'Neal*, 1st Dist. Hamilton No. C-190736, 2022-Ohio-3017.

- 2022-1234. *State v. Edwards*, 1st Dist. Hamilton No. C-200101, 2022-Ohio-3408.

- 2022-1250. *State v. Johnson*, 1st Dist. Hamilton No. C-200233.

- 2022-1383. *State v. Bacon*, 1st Dist. Hamilton No. C-210161.

- 2022-1600. *State v. Reed*, 1st Dist. Hamilton No. C-200104, 2022-Ohio-3986.

KENNEDY, C.J., and DEWINE, DONNELLY, and BRUNNER, JJ., concur.

FISCHER and STEWART, JJ., dissent and would order briefing on proposition of law Nos. II, III, and IV in 2022-1088, *State v. Guyton*, and hold the other causes for the decision in *Guyton*.

DETERS, J., not participating.

———————————

**{¶ 5}** The following cause is dismissed as having been improvidently accepted:

- 2022-1281. *State v. Fraley*, 12th Dist. Butler No. CA2021-10-131, 2022-Ohio-3270.

KENNEDY, C.J., and FISCHER, DEWINE, and DETERS, JJ., concur.

DONNELLY, STEWART, and BRUNNER, JJ., dissent and would order briefing on proposition of law Nos. II, III, and IV.

———————————

**{¶ 6}** The following causes are dismissed as having been improvidently accepted:

14

- 2022-1345. *State v. Dixon*, 1st Dist. Hamilton No. C-210502, 2022-Ohio-3654.

- 2023-0235. *State v. Bruce*, 1st Dist. Hamilton No. C-220137.

KENNEDY, C.J., and DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

FISCHER, J., dissents and would hold the causes for the decision in 2022-1088, *State v. Guyton.*

DETERS, J., not participating.

––––––––––––––––

{¶ 7} The following cause is dismissed as having been improvidently accepted:

- 2022-1500. *State v. Heath*, 1st Dist. Hamilton No. C-200387.

KENNEDY, C.J., and DEWINE, DONNELLY, and BRUNNER, JJ., concur.

STEWART, J., dissents and would hold the cause for the decision in 2022-1088, *State v. Guyton.*

FISCHER and DETERS, JJ., not participating.

––––––––––––––––